ORDER ON PETITION FOR REHEARING
March 9, 1998
On consideration of defendants-appellees’ timely petition for rehearing, the court has determined that the opinion filed herein on January 13,1998, was in error in one respect. In their brief, defendants argued as an alternative basis for affirmance that plaintiff/appellant Steiner had suffered no injury. (See part IIIA, supra.) In part IIIA of the opinion as filed on January 13, 1998, we stated that appellees had failed to show that they had raised this issue in the district court. This was wrong. Appellees had cited in their brief to the portion of the record showing that the issue had been raised below. Accordingly, we grant the petition for rehearing in part, and we have revised part IIIA. We have removed the erroneous statement that the issue had not been shown to have been raised below and instead have addressed the issue on its merits.
In all other respects the petition for rehearing is denied. The clerk is directed to append this order to the revised opinion filed today and to cause it to be published along with that opinion.